# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE P. MARCEAUX | CIVIL ACTION NO. 06-2157 |
| VERSUS | HONORABLE JUDGE RICHARD T. HAIK |
| MILES D. QUEEN, ET AL | MAGISTRATE JUDGE C. MICHAEL HILL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of LUBA CASUALTY INSURANCE COMPANY for Leave to File a Petition/complaint of Intervention Hearing, and the Consent of All Counsel for All Other Parties appended thereto,

It is ordered that LUBA CASUALTY INSURANCE COMPANY, be, and now, hereby, permitted and authorized to file a petition/complaint of intervention in the above numbered and entitled action.

Lafayette, Louisiana, this 3 day of January, 2008.

C. Michael Hill
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE